IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:12-CV-21718-UU

ANDRES GOMEZ, on behalf of himself
and all those similarly situated,

      Plaintiff,

vs.

BURGER KING CORP.

      Defendant.
_____/

**ORDER ON PLAINTIFF'S UNOPPOSED**
**MOTION FOR LEAVE TO AMEND COMPLAINT**

THIS CAUSE having come before the Court upon Plaintiff, Andres Gomez' Unopposed Motion for Leave to Amend Complaint ("Motion"), and the Court having reviewed the Motion, and being otherwise advised in the premises, the Court ORDERS AND ADJUDGES that the Motion is **GRANTED**. Plaintiff proposed Amended Complaint, attached as *Exhibit "A"* to the Motion, is deemed filed as of the date hereof. Defendant, Burger King Corporation, shall have twenty (20) days to respond to Plaintiff's Amended Complaint.

**DONE AND ORDERED** in Chambers in Miami, Florida this 17th day of July 2012.

_____
THE HONORABLE UNITED STATES
DISTRICT COURT JUDGE

cc: All counsel of record