UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-21718-CIV-UNGARO

ANDRES GOMEZ,

    Plaintiff,

v.

BURGER KING CORP..,

    Defendant

_____/

### ORDER ON MOTION TO DIMISS

THIS CAUSE is before the Court *sua sponte*.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.

On July 17, 2012, the Court granted Plaintiff's Motion to Amend Plaintiff's Complaint. To permit the parties and the Court sufficient time to process Defendant's Response to Plaintiff's Complaint, and any Motions filed in response thereto, it is hereby

ORDER AND ADJUDGED that the Initial Planning and Scheduling Conference is hereby re-set for August 17, 2012, at 10:00 a.m.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE

copies provided: Counsel of Record