UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 12-21718-CIV-Ungaro/Torres**

ANDRES GOMEZ, on behalf of
himself and all those similarly situated,

       Plaintiff,

v.

BURGER KING CORPORATION,

       Defendant.

_____/

## JOINT STATUS REPORT

Plaintiff Andres Gomez ("Plaintiff") and Defendant Burger King Corporation ("BKC"), pursuant to this Court's October 11, 2012 Order Extending Stay ("Order") [DE 42], hereby file this Joint Status Report and state as follows:

1. On October 3, 2012, the Parties filed their Joint Status Report [DE 41] requesting that this action remain stayed for an additional three weeks.

2. On October 11, 2012, this Court granted the Parties request and ordered the Parties to file a status report indicating the present status of the case no later than October 29, 2012. *See* Order.

3. The Parties have agreed on terms of a settlement and are finalizing their agreement with respect to Plaintiff's fees and costs.

Respectfully Submitted,

| | |
|---|---|
| /s/ Aaron S. Blynn [1] | /s/ Nolan Klein |
| Michael D. Joblove (Florida Bar No. 354147) | Nolan Klein (Florida Bar No. 647977) |
| mjoblove@gjb-law.com | klein@nk-legal.com |
| Jonathan E. Perlman, Esq.(Florida Bar No. 773328) | LAW OFFICES OF NOLAN KLEIN, P.A. |
| jperlman@gjb-law.com | Harrison Executive Centre |
| Aaron S. Blynn (Florida Bar No. 0073464) | 1930 Harrison Street, Ste. 502 |
| ablynn@gjb-law.com | Hollywood, FL 33020 |
| GENOVESE JOBLOVE & BATTISTA, P.A. | Telephone:    (954) 372-0985 |
| Miami Tower, Suite 4400 | Facsimile:    (305) 397-1924 |
| Miami, Florida 33131 | |
| Telephone:    (305) 349-2300 | /s/ Joshua Entin |
| Facsimile:    (305) 428-8803 | Joshua Entin (Florida Bar No. 493724) |
| *Attorneys for Burger King Corporation* | josh@entinlaw.com |
| | Entin & Della Fera, P.A. |
| | 110 SE 6th Street, Suite 1970 |
| | Fort Lauderdale, Florida 33301 |
| | *Attorneys for Plaintiff Andres Gomez* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 29, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing documents is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s/ Aaron S. Blynn
Aaron S. Blynn

---

[1] I hereby certify that this Joint Status Report is being filed with the consent of Joshua Entin, Esq.

## SERVICE LIST
*Andres Gomez v. Burger King Corporation*
Case No. 12-21718-CIV-UNGARO/TORRES

Nolan Klein, Esq.
klein@nk-legal.com
LAW OFFICES OF NOLAN KLEIN, P.A.
Harrison Executive Centre
1930 Harrison Street, Ste. 502
Hollywood, FL 33020
Telephone:    (954) 372-0985
Facsimile:    (305) 397-1924

Joshua M. Entin, Esq.
Entin & Della Fera, P.A.
110 SE 6th Street, Suite 1970
Fort Lauderdale, Florida 33301
*Attorneys for Plaintiff Andres Gomez*

Michael D. Joblove, Esq.
mjoblove@gjb-law.com
Jonathan E. Perlman, Esq.
jperlman@gjb-law.com
Aaron S. Blynn, Esq.
ablynn@gjb-law.com
GENOVESE JOBLOVE & BATTISTA, P.A.
Miami Tower, Suite 4400
100 Southeast Second Street
Miami, Florida 33131
Telephone:   (305) 349-2300
Facsimile:   (305) 428-8803
*Attorneys for Burger King Corporation*

2000-641/114